# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES A. BRIEN & DEBRA K. BRIEN  
8614 INDIGO LANE  
MACHESNEY PARK, IL 61115  

SSN-xxx-xx-4670 & xxx-xx-5947

Case Number: 07-71383

Case filed on: 6/6/2007  
Plan Confirmed on:  

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,600.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 658.89 | 658.89 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 2,866.19 | 2,866.19 | 0.00 | 0.00 |
|  | Total Priority | 3,525.08 | 3,525.08 | 0.00 | 0.00 |
| 999 | JAMES A. BRIEN | 0.00 | 0.00 | 317.25 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 317.25 | 0.00 |
| 001 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JP MORGAN CHASE BANK NA% CHASE HOME | 15,462.41 | 15,462.41 | 0.00 | 0.00 |
| 003 | WACHOVIA DEALER SERVICES | 14,978.10 | 14,800.00 | 444.59 | 755.41 |
|  | Total Secured | 30,440.51 | 30,262.41 | 444.59 | 755.41 |
| 003 | WACHOVIA DEALER SERVICES | 0.00 | 7.12 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 84.32 | 3.37 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 15,001.59 | 600.06 | 0.00 | 0.00 |
| 006 | ACCOUNT RECOVERY SERVICES | 120.83 | 4.83 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 4,032.84 | 161.31 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 622.05 | 24.88 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 785.88 | 31.44 | 0.00 | 0.00 |
| 011 | CRUSADER CLINIC | 165.00 | 6.60 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 513.05 | 20.52 | 0.00 | 0.00 |
| 013 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 7,181.37 | 287.25 | 0.00 | 0.00 |
| 015 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 6,118.14 | 244.73 | 0.00 | 0.00 |
| 018 | ROCK VALLEY PATHOLOGISTS LTD | 220.00 | 8.80 | 0.00 | 0.00 |
| 019 | ROCKFORD CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD GASTROENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 1,547.83 | 61.91 | 0.00 | 0.00 |
| 024 | MEDICAL PAIN MANAGEMENT SERVICES | 130.00 | 5.20 | 0.00 | 0.00 |
|  | Total Unsecured | 36,522.90 | 1,468.02 | 0.00 | 0.00 |
|  | Grand Total: | 70,488.49 | 35,255.51 | 761.84 | 755.41 |

Total Paid Claimant:      $1,517.25  
Trustee Allowance:        $82.75  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/29/2008          By /s/Heather M. Fagan